**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RONALD ADLER and LISA ADLER, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-6739 |
| v. | ) | |
| | ) | Honorable John J. Tharp, Jr. |
| SPECIALIZED LOAN SERVICING, LLC | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF REQUEST FOR DEFAULT**

PLEASE TAKE NOTICE that Plaintiffs Ronald Adler and Lisa Adler, through undersigned counsel, hereby withdraw *Plaintiffs' Request that the Clerk of the Court Enter a Default Against Defendant* [Docket No. 13], filed on November 15, 2017.

Dated: November 20, 2017

    Respectfully Submitted,

    /s/ *Daniel Brown*
    Daniel Brown (ARDC # 6299184)
    The Law Office of Daniel Brown
    208 S. Jefferson St., Suite 204
    Chicago, IL 60661
    (773) 453-7410
    daniel@mainstreetattorney.com

    *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2017, I electronically filed the foregoing Document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below, each a registered CM/ECF user in this case.

                                               /s/ *Daniel Brown*
                                               Daniel Brown

Kimberly D. Flanigan
LeClairRyan
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
(312) 273-1278
kimberly.flanigan@leclairryan.com