IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD ADLER and LISA ADLER, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-6739 |
| v. | ) | |
| | ) | Honorable John J. Tharp, Jr. |
| SPECIALIZED LOAN SERVICING, LLC | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PARTIES' JOINT MOTION FOR 30-DAY DEFERRAL OF
MANDATORY INITIAL DISCOVERY RESPONSE DEADLINE**

Plaintiffs Ronald Adler and Lisa Adler and Defendant Specialized Loan Servicing, LLC, through their respective undersigned counsel, jointly move the Court for a one-time, 30-day deferral of the deadline for responding to mandatory initial discovery, as provided in Section A.4. of the Standing Order Regarding Mandatory Initial Discovery Pilot Project (the "MIDP Order"). In support of this request, the parties state as follows:

1. The current deadline for the parties' responses to mandatory initial discovery is December 22, 2017.

2. Section A.4. of the MIDP Order states, in relevant part, that "initial discovery responses may be deferred, one time, for 30 days if the parties jointly certify to the Court that they are seeking to settle the case and have a good faith belief that it will be resolved within 30 days of the due date for their responses."

3. The parties have reached a settlement in principal, and are presently working on finalizing a settlement agreement that is mutually acceptable to the parties.

1

4. Once the settlement agreement is finalized and signed, the parties will stipulate to dismissal of this case.

5. The parties believe, in good faith, that the settlement agreement will be finalized and signed before January 21, 2018, which is 30 days from the mandatory initial discovery response deadline of December 22, 2017.

6. The parties therefore jointly certify to the Court that they are seeking to settle the case and have a good faith belief that it will be resolved within 30 days of the due date for their mandatory initial discovery responses.

WHEREFORE, the parties respectfully request that the Court enter an order deferring the deadline for mandatory initial discovery for 30 days, in accordance with Section A.4 of the MIDP Order.

Dated: December 22, 2017

Respectfully Submitted,

| | |
|---|---|
| /s/ *Daniel Brown* | /s/ *Kimberly D. Flanigan*_____ |
| Daniel Brown (ARDC # 6299184) | Kimberly D. Flanigan (ARDC # 6312806) |
| The Law Office of Daniel Brown | LECLAIRRYAN |
| 208 S. Jefferson St., Suite 204 | 111 W. Jackson Blvd., Suite 1700 |
| Chicago, IL 60661 | Chicago, Illinois 60604 |
| (773) 453-7410 | (312) 273-1278 |
| daniel@mainstreetattorney.com | kimberly.flanigan@leclairryan.com |
| | |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2017, I electronically filed the foregoing Document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below, each a registered CM/ECF user in this case.

                                                /s/ *Daniel Brown*
                                                Daniel Brown

Kimberly D. Flanigan
LeClairRyan
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
(312) 273-1278
kimberly.flanigan@leclairryan.com